```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/13/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN ESCUTED, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

DERMACLINIC NEW YORK LLC, VERONICA ALMEIDA, JANE DOE (A/K/A "NIDI"),

                Defendants.

22 Civ. 10685 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for October 24, 2023, is ADJOURNED to **October 31, 2023**, at **11:20 a.m.** The parties are reminded that they must file a joint status report no later than one week in advance of the case management conference. *See* ECF No. 25 ¶ 16. The parties are also reminded that pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *Id.*; *see* ECF No. 28.

    SO ORDERED.

Dated: September 13, 2023
         New York, New York

                                          ANALISA TORRES
                                       United States District Judge