```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN ESCUTED, individually and on behalf of others similarly situated,

        Plaintiff,

-against-

DERMACLINIC NEW YORK LLC, VERONICA ALMEIDA, JANE DOE (A/K/A "NIDI"),

        Defendants.

22 Civ. 10685 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter dated November 15, 2023. ECF No. 32. On November 16, 2023, the Court referred the matter to the magistrate judge for settlement. ECF No. 33. The Court shall hold the parties' request to file cross-motions for summary judgment in abeyance pending the settlement conference. *See* ECF No. 32.

    By **January 15, 2024**, or by one week after the settlement conference, whichever comes first, the parties shall file a joint letter providing a status update as to settlement discussions.

    The case management conference scheduled for December 5, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 28, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge