# SACCO & FILLAS LLP

| | |
|---|---|
| 31-19 Newtown Ave., 7th Ave., | Ph: 718-269-2243 |
| Astoria, New York 11102 | CTucker@SaccoFillas.com |

January 8, 2024

**MEMO ENDORSED.**

<u>VIA ECF</u>
Magistrate Judge Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re:  *Kathleen Escuted et al. v. Dermaclinic New York LLC et al.*
  Case No.: 22-cv-10685

Your Honor,

  This office represents Plaintiff in the above-referenced matter. We respectfully submit this letter to respectfully request an adjournment of the pre-settlement conference scheduled for January 9, 2024, to January 16, 2024, or to a date agreeable to the court. Defendants consent to this request. This is the first request for an adjournment.

  We thank the court for its time and attention in this matter.

            Respectfully submitted,

            By  /s/ Clifford Tucker
              Clifford Tucker, Esq.

**Application GRANTED.** The Pre-Settlement Conference Call scheduled for January 9, 2024 is **ADJOURNED** to Tuesday, January 16, 2024 at 10:00 a.m. Defense counsel is directed to call in at 10:00 a.m. Plaintiff's counsel is directed to call in at 10:30 a.m. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

Ona T. Wang  1/8/24
U.S.M.J.