

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
Admitted to practice law in New York and New Jersey

January 8, 2024

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: *Escuted v. Dermaclinic New York LLC, et al. (22-cv-10685)(AT)*
*Request for Alternate Time for Pre-Settlement Conference*

Dear Judge Wang,

We represent all Defendants in the above-referenced matter. Defendants request that the pre-settlement conference call scheduled for January 16, 2024 at 10:00am be re-scheduled for a time to be set by the Court after 12:00pm. Defense counsel has a previously scheduled status conference call at 10:15am in a separate matter in the District of New Jersey. Our apologies as we indicated to Plaintiff counsel that Defendants were available in the afternoon, but the Parties accidentally omitted the time in the adjournment request.

We thank the Court for its time and attention.

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:   All Counsel of Record (VIA ECF)

**Application GRANTED. The Pre-Settlement Conference Call scheduled for January 16, 2024 at 10:00 a.m. is ADJOURNED to Tuesday, January 16, 2024 at 12:00 p.m. Defense counsel is directed to call in at 12:00 p.m. Plaintiff's counsel is directed to call in at 12:30 p.m.**

**SO ORDERED.**

_____
Ona T. Wang          1/8/24
U.S.M.J.