

Joey Tsai  T. 646.829.9001
535 5th Avenue  F. 646.829.9002
Fourth Floor  jtsai@tsaipllc.com
New York, NY 10017  www.tsaipllc.com
Admitted to practice law in New York and New Jersey

**MEMO ENDORSED.**

January 12, 2024

<u>VIA ECF</u>
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Escuted v. Dermaclinic New York LLC, et al. (22-cv-10685)(AT)*
      *Request for Adjournment of Pre-Settlement Conference*

Dear Judge Wang,

We represent all Defendants in the above-referenced matter. Defendants request that the pre-settlement conference call scheduled for January 16, 2024 at 12:00pm be rescheduled for January 30, 2024 after 12:00pm. The Pre-settlement conference was originally scheduled for January 9, 2024, to which Plaintiff requested an adjournment, and the conference was rescheduled for January 16, 2024. Unfortunately, Defendants have informed Defense counsel they are unavailable on January 16. The Parties have been in communication in selecting a new date and all Parties are available on January 30, 2024 after 12:00pm. As such Defendants request an adjournment until January 30, 2024. In the alternative, the Parties request a date convenient for the Court the week of February 5, 2024. This is the second request for an adjournment.

We thank the Court for its time and attention.

**Application DENIED. All counsel are directed to attend the conference at 12:30 p.m. today. I will make a mediator's proposal. There will be no further settlement calls.**

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

**SO ORDERED.**

Ona T. Wang    1/16/24

cc:   All Counsel of Record (VIA ECF)