UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN ESCUTED, individually and on behalf of others similarly situated,

                    Plaintiff,

-against-

DERMACLINIC NEW YORK LLC, VERONICA ALMEIDA, JANE DOE (A/K/A "NIDI"),

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/24/2024
```

22 Civ. 10685 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 28, 2023, the Court held the parties' request to file cross-motions for summary judgment in abeyance pending settlement discussions. ECF No. 35. The Court has been advised that the parties have not reached a settlement. Accordingly:

1. By **February 21, 2024**, Plaintiff shall file her motion for summary judgment and 56.1 statement;
2. By **March 20, 2024**, Defendants shall file their cross-motion for summary judgment, 56.1 statement, and opposition papers to Plaintiff's motion;
3. By **April 10, 2024**, Plaintiff shall file her opposition to Defendants' motion and her reply, if any;
4. By **April 24, 2024**, Defendants shall file their reply, if any.

    The parties are reminded that, pursuant to Section III(C)(ii) of the Court's Individual Rules, each Rule 56.1 statement must include the opposing party's response.

    SO ORDERED.

Dated: January 24, 2024
       New York, New York

                                                            ANALISA TORRES
                                                  United States District Judge